# **ATTACHMENT**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KURT SPARTZ                          :      CIVIL NO. 3:05CV01420 (AVC)

    V.                               :

JOHN J. ARMSTRONG, ET AL.            :

## **STIPULATED SETTLEMENT**

WHEREAS, the above-captioned action was brought by Kurt Spartz as plaintiff against numerous employees of the Connecticut Department of Correction and/or the University of Connecticut Health Center's Correctional Managed Health Care Program, as defendants, alleging deliberate indifference to the plaintiff's serious medical needs in violation of the Eighth Amendment to the United States Constitution as more fully set forth in the plaintiff's Complaint dated September 9, 2005; and,

WHEREAS, the plaintiff brought a lawsuit against the State of Connecticut in the Superior Court for the Judicial District of Hartford entitled <u>Kurt Spartz v. State of Connecticut</u>, No. CV-06-5002917-S, alleging negligence/medical malpractice on the part of various agents/employees of the State of Connecticut as more fully set forth in the plaintiff's Complaint dated March 2, 2006; and,

WHEREAS, the plaintiff, represented by Attorney Joshua D. Lanning of the law firm of Moore & Van Allen PLLC, and the defendants, represented by Assistant Attorney General Richard T. Couture, agree that settlement of all issues raised in the above-referenced actions would best serve the interests of the parties; and,

WHEREAS, the plaintiff and the defendants in the above-referenced actions, through their undersigned counsel, have consented to this Stipulated Settlement as their free act and deed, without undue influence or duress, and expressly agree to be bound thereby.

NOW THEREFORE, without further proceedings or adjudications of fact or law raised in the above-referenced actions, the parties stipulate and agree as follows:

1.     The plaintiff shall immediately and with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of this lawsuit.

2.     The plaintiff shall immediately withdraw the lawsuit pending against the State of Connecticut in the Superior Court for the Judicial District of Hartford entitled <u>Kurt Spartz v. State of Connecticut</u>, No. CV-06-5002917-S.

3.     The plaintiff shall execute a Release of Liability acceptable to the defendants in the above-referenced actions.

4.     Upon dismissal of this lawsuit pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and upon receipt of the signed Release of Liability and the Withdrawal of the lawsuit entitled <u>Kurt Spartz v. State of Connecticut</u>, No. CV-06-5002917-S, as described above, the State of Connecticut, on behalf of itself and the other defendants in the above-referenced cases, shall pay to the plaintiff the sum of One Million Dollars ($1,000,000.00) through a check made payable to his counsel as Trustee for the plaintiff.

5.     The State of Connecticut agrees to waive its statutory rights under Conn. Gen. Stat. § 18-85a to recover from the proceeds of the above settlement any funds in satisfaction of the plaintiff's assessed cost of incarceration.  Nothing in this stipulation shall be construed to

2

limit the rights of the State of Connecticut to pursue recovery of the costs of the plaintiff's incarceration from sources other than that provided by Paragraph 4 above.

6.      The parties understand and agree that the payment of the sum specified in Paragraph 4 above is not intended to constitute, nor shall it be regarded as, an admission of liability on the part of the State of Connecticut, the Office of the Attorney General, the Department of Correction, the University of Connecticut Health Center's Correctional Managed Health Care Program, or any of their present or former officers or employees, including the named defendants.   Rather, this stipulation between the parties constitutes a compromise settlement of the matters stated in this and other actions referenced above for the sole purpose of avoiding further expense and inconvenience to the parties in pursuing or defending these matters as might otherwise be required.

7.      The parties expressly acknowledge that this Stipulated Settlement is intended to, and shall, constitute full and final settlement with the State of Connecticut, the Department of Correction, the University of Connecticut Health Center and any of their present or former officers or employees, including the named defendants, of all claims and/or rights of action which have arisen, or may arise in the future, out of any of the circumstances which are the subject of this lawsuit and the pending State Court action entitled <u>Kurt Spartz v. State of Connecticut</u>, No. CV-06-5002917-S, including, but not limited to, common law claims of negligence, medical malpractice, and such claims as may be cognizable under Title 42 U.S.C. § 1983 for alleged violations of the plaintiff's civil rights.

8.      The parties agree that the terms and conditions of this Stipulated Settlement shall be incorporated into the Motion for Order of Dismissal referred to in Paragraph 1 above, and that

3

the United States District Court for the District of Connecticut may retain jurisdiction over this matter for the purpose of ensuring that all of the terms and conditions of this agreement are carried out as set forth herein.

9.      The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of the lawsuits described above, and that the respective parties will each bear their own costs, fees and expenses, and that attorneys' fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

10.     Authorization to settle the above-referenced actions was obtained from the United States Bankruptcy Court for the District of Connecticut and said authorization is attached hereto and incorporated herein.

DEFENDANTS                                          PLAINTIFF
John Armstrong, et al.                              Kurt Spartz

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____                        BY: _____
    Richard T. Couture                                 Joshua D. Lanning (ct24529)
    Assistant Attorney General                         Moore & Van Allen PLLC
    Federal Bar No. ct05480                            100 North Tryon Street, Suite 4700
    110 Sherman Street                                 Charlotte, NC 28202-4003
    Hartford, CT  06105                                Telephone:  (704) 331-1000
    Telephone: (860) 808-5450                          Facsimile:  (704) 331-1159
    Facsimile: (860) 808-5591                          joshlanning@mvalaw.com
    richard.couture@po.state.ct.us                     HIS ATTORNEY
    THEIR ATTORNEY

DATED: ___4/14/08_____                        DATED: ____4-18-08_____


4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| KURT N. SPARTZ | : | |
| | : | CASE NO. 05-35532 |
| DEBTOR(S) | : | |
| | : | Re: Doc ID # 24 |

ORDER APPROVING SETTLEMENT AND COMPROMISE OF CLAIM AND
ALLOWING SPECIAL COUNSEL'S COMPENSATION AND EXPENSES
AND AUTHORIZING PAYMENT

The application of Barbara H. Katz, Trustee dated March 6, 2008 to approve the

settlement of the estate's civil rights claim against the State of Connecticut, CV-06-

5002917, and allow the payment of fees to the estate's special counsel having come before

this Court after due notice and hearing it is hereby

ORDERED: That Barbara H. Katz, Trustee is authorized to settle the estate's civil

rights claim against the State of Connecticut, CV-06-5002917, by accepting the sum of

$1,000,000.00 ($1 million) and executing all necessary releases; and it is hereby

FURTHER ORDERED that Joshua D. Lanning, Esq. is allowed compensation in

the amount of $333,333.33 and reimbursement of expenses in the amount of $35,743.23;

and it is hereby

FURTHER ORDERED that Barbara H. Katz, Trustee is authorized to pay said

amounts to Joshua D. Lanning, Esq.

Dated: April 9, 2008                            BY THE COURT

**Lorraine Murphy Weil**
**United States Bankruptcy Judge**